UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-4009 PAM/JSM

| | |
|---|---|
| HANNA KEBEDE TESSEMA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, )<br>et al, )<br>)<br>Defendants. ) | **ORDER** |

Based upon the stipulation of the parties and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the above-entitled action is dismissed without prejudice and without further fees or cost to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: August   16 ,  2008

                                                    s/Paul A. Magnuson
                                                   PAUL A. MAGNUSON
                                                   United States District Court Judge